Michael Ryan Chapman, ISB#5972
mchapman@chapmanfs.com
Chapman Law Office, PLLC
PO Box 1600
Coeur d'Alene, ID 83816
Phone: (208) 667-7621
Facsimile: (208) 667-7625
Attorney for Defendant Riddle

# IN THE UNITED STATES DISTRICT COURT

## OF THE DISTRICT OF IDAHO

| JOEL D. HORTON, | Case No._____ |
|---|---|
| Plaintiff, | PETITION FOR REMOVAL |
| vs. | |
| DIRECTTV, INC., and RIDDLE & ASSOCIATES, P.C., | |
| Defendant. | |

Please take notice that defendant RIDDLE & ASSOCIATES, P.C. (Riddle),

hereby removes this action from the District Court of the Fourth Judicial District of the

State of Idaho for the County of Ada to the United States District Court for the District of

Idaho.

1.      Defendant Riddle is a party in a civil action brought against them in the

District Court of the Fourth Judicial District of the State of Idaho for the County of Ada

entitled: Joel D. Horton, Plaintiff, v. Directtv, Inc. and Riddle & Associates, P.C.,

Defendant, No. CVOC0600597." A copy of the Summons and Complaint in that action

PAGE 1. PETITION FOR REMOVAL

are attached to this notice. Riddle was added as a party on May 10, 2006. All process, pleadings, and orders served on Defendant Directtv, Inc. in that action up to the present date are attached to this notice. Riddle has not been served with summons and complaint, but has notice of the filing of the amended complaint against it.

2.    The state court action was commenced when the complaint was filed with the county clerk for Ada County, Idaho on January 17, 2006.   Defendant Riddle has filed no pleadings in this cause. This notice of removal is filed within 30 days after service of process on Riddle in that Riddle has not been served with service of process.

3.    This is an action of civil nature over which this court has original jurisdiction pursuant to 15 USC § 1692k in that it is a liability allegedly created under the Fair Debt Collection Practices Act, 15 USC § 1692 et seq.

4.    This notice is signed pursuant to FRCP 11.

5.    Defendant Directtv consents to removal, and such consent is filed with this Notice of Removal.

Dated: May 25, 2006.

CHAPMAN LAW OFFICE, PLLC

/s/ Michael Ryan Chapman
Michael Ryan Chapman, ISB#5972
(208) 667-7621
Attorneys for Defendant
Riddle-Petitioners

PAGE 2. PETITION FOR REMOVAL