Nathan R. Long (ISB # 5645)
ECHOHAWK LAW OFFICES
151 North 4th Avenue, Suite A
Post Office Box 6119
Pocatello, Idaho 83205-6119
Telephone:  (208) 478-1624
Facsimile:   (208) 478-1670

*Attorneys for Defendant DIRECTV, INC.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOEL D. HORTON,<br><br>                    Plaintiff,<br><br>vs.<br><br>DIRECTV, INC. and RIDDLE & ASSOCIATES, P.C.,<br><br>                    Defendants. | Case No. 06-CV-206-S-EJL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Defendant DIRECTV, Inc. and Plaintiff Joel Horton stipulate and agree under Federal Rule of Civil Procedure 41(a)(2) that this entire action may be dismissed with prejudice.

DATED this 2nd day of November 2006.

          ECHOHAWK LAW OFFICES

          By _____
            Nathan R. Long, of the firm,
            Attorneys for Defendant DIRECTV, Inc.

DATED this 27th day of October 2006.

          DENNIS M. CHARNEY PLLC

          By _____
            Dennis M. Charney, of the firm
            Attorneys for Plaintiff Joel Horton

H:\WDOX\CLIENTS\0496\0001\00015661.DOC

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2