## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOEL D. HORTON,<br><br>        Plaintiff,<br><br>vs.<br><br>DIRECTV, INC. and RIDDLE &<br>ASSOCIATES, P.C.,<br><br>        Defendants. | Case No. 06-206-S-EJL<br><br><br>**ORDER FOR DISMISSAL WITH<br>PREJUDICE** |

Currently pending before the Court is the parties' Stipulation for Dismissal with

Prejudice (Docket No. 22).  Having reviewed the record, and otherwise being fully advised, the

Court enters the following Order:

IT IS HEREBY ORDERED THAT:

1.        This action is DISMISSED WITH PREJUDICE; and

2.        Each party shall bear its respective attorney fees and costs.

DATED:  **November 2, 2006**

Honorable Edward J. Lodge
U. S. District Judge